WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Christopher A.J. Swift, Esq.
Nevada Bar No. 11291
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
esmith@wrightlegal.net
cswift@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank, N.A., as Trustee for the CMLT1 Asset Backed Pass-Through Certificates, Series 2007-AMC3C*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK, N.A., AS TRUSTEE FOR THE CMLT1 ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-AMC3,<br><br>Plaintiff,<br><br>vs.<br><br>508 BRUNY ISLAND TRUST,<br><br>Defendants, | Case No.: 2:15-cv-01666-GMN-VCR<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE AND FOR SERVICE BY PUBLICATION ON DEFENDANT 508 BRUNY ISLAND TRUST** |

Upon consideration of Plaintiff, U.S. Bank, N.A., as Trustee for the CMLT1 Asset Backed Pass-Through Certificates, Series 2007-AMC3C's Motion For Extension Of Time To Serve And For Service By Publication on Defendant 508 Bruny Island Trust, (hereinafter referred to as "Defendant"), in which it is shown to the satisfaction of the Court that Defendant's last known addresses were 2900 Sunridge Heights Pkwy, Henderson, NV 89053 and 5920 Running Horse Drive, North Las Vegas, NV 89081; that the Summons and Complaint herein have not been personally served upon Defendant because Defendant has not been located within the State of Nevada; that a cause of action exists against Defendant and Defendant is a necessary and proper party to the action; and that Nevada Legal News is a newspaper published in the City

1  of Las Vegas, County of Clark, State of Nevada which is most likely to give notice to Defendant
2  of the pendency of this action:
3       IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the time within which
4  to serve Defendant with the Summons and Complaint is hereby extended to and includes the 7th
5  day of June, 2016.
6       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Summons in this
7  action be served upon Defendant by publication thereof in Nevada Legal News and that said
8  publication be made at least once a week for a period of four (4) weeks.
9       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that copies of the
10 Summons and Complaint in this action be deposited in a United States Post Office within the
11 City of Las Vegas, County of Clark, State of Nevada and mailed to Defendant's last known
12 addresses of 2900 Sunridge Heights Pkwy, Henderson, NV 89053 and 5920 Running Horse
13 Drive, North Las Vegas, NV 89081 via certified mail, return receipt request in a sealed, postage
14 prepaid envelope addressed to Defendant.
15       DATED this 18th day of February, 2016.

                                         _____
                                         U.S. MAGISTRATE JUDGE

Respectfully submitted by:

WRIGHT, FINLAY & ZAK, LLP


 /s/ Christopher A.J. Swift
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Christopher A.J. Swift, Esq.
Nevada Bar No. 11291
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, U.S. Bank, N.A., as Trustee for the CMLT1 Asset Backed Pass-Through Certificates, Series 2007-AMC3*