LUIS A. AYON, ESQ.
Nevada Bar No. 9752
**AYON LAW, PLLC**
9205 West Russell Road
Building 3, Suite 240
Las Vegas, Nevada 89148
Telephone: (702) 600-3200
Facsimile: (702) 447-7936
E-Mail: laa@ayonlaw.com

*Attorneys for 508 Brundy Island Trust*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

**2:15-cv-01666-GMN-VCF**

| | |
|---|---|
| US BANK, N.A,, AS TRUSTEE FOR THE CMLT1 ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-AMC3,<br><br>Plaintiffs,<br>vs.<br><br>508 BRUNY ISLAND TRUST,<br><br>Defendants. | Case No.: ~~2:16-cv-01666-GMN-VCR~~<br><br>**MOTION TO SUBSTITUTE ATTORNEYS FOR DEFENDANT 508 BRUNDY ISLAND TRUST** |

Pursuant to FRCP Rule 74(d) and LR IA 11-6(c), Defendant 508 Brundy Island Trust hereby moves this court to substitute counsel. Luis A. Ayon, Esq. lead counsel for Defendant 508 Brundy Island Trust, formerly of Maier Gutierrez Ayon, PLLC ("MGA Law"), has left MGA Law and has formed AYON LAW, PLLC ("AYON LAW").

Defendant 508 Brundy Island Trust has chosen to remain with Luis A. Ayon, Esq., and engage AYON LAW for this matter. Defendant 508 Brundy Island Trust has signed a substitution counsel. *See* Exhibit A. MGA Law has provided Ayon Law the case file and Luis A. Ayon is aware of all the deadlines in this matter.

This matter is currently stayed by this honorable court [*see* Docket No. 26], and therefore,

1

discovery and trial deadlines will not be effected by this substitution of counsel. Accordingly, Defendant Brundy Island Trust requests that this Court grant its motion to substitute counsel of record in this matter.

DATED this 10th day of May, 2017.

AYON LAW, PLLC

/s/ Luis A. Ayon
LUIS A. AYON, ESQ.
Nevada Bar No. 9752
9205 W. Russell Road
Building 3, Suite 240
Las Vegas, Nevada 89148

## ORDER

IT IS HEREBY ORDERED that LUIS A. AYON, ESQ. of the law firm of AYON LAW. PLLC, shall be substituted in place of the law firm MAIER GUTIERREZ AND ASSOCIATES.

Dated this 10th day of May, 2017

UNITED STATES ~~DISTRICT COURT~~ JUDGE
Magistrate

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing MOTION TO SUBSTITUTE ATTORNEYS FOR DEFENANT 508 BRUNDY TRUST was made on this 10th day of May, 2016, via the Court's CM/ECF system to all parties and counsel as identified on the Court-generated Notice of Electronic Filing.

                                                                */s/ Luis A. Ayon*
                                          An Employee of Ayon Law, PLLC

AYON LAW, PLLC
9205 W. Russell Road,
Building 3, Suite 240
LAS VEGAS, NEVADA 89148
PHONE: (702) 600-3200

# EXHIBIT A

AYON LAW, PLLC
9205 W. Russell Road,
Building 3, Suite 240
LAS VEGAS, NEVADA 89148
PHONE: (702) 600-3200

**SUBT**
LUIS A. AYON, ESQ.
Nevada Bar No. 9752
AYON LAW, PLLC
9205 West Russell Road
Building 3, Suite 240
Las Vegas, Nevada 89148
Telephone: (702) 600-3200
Facsimile: (702) 447-7936
E-Mail: laa@ayonlaw.com

*Attorneys for Defendant, 508 Bruny Island Trust*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK N.A., AS TRUSTEE FOR THE CMLT1 ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-AMC3, a national association,<br><br>    Plaintiff,<br>vs.<br><br>508 BRUNY ISLAND TRUST, a Nevada Trust,<br><br>    Defendant. | Case No.: 2:16-cv-~~00317~~-GMN-~~NJK~~<br>    81666    VCF<br><br>**SUBSTITUTION OF ATTORNEYS** |

LUIS A. AYON, ESQ., of AYON LAW, PLLC, is hereby substituted in as the attorneys for Defendant, 508 Bruny Island Trust, in the above-entitled action, in the place and stead of MAIER GUTIERREZ & ASSOCIATES.

_____
Client

| 1 | We hereby accept the above and foregoing substitution as attorneys for Defendant, 508 |
| 2 | Bruny Island Trust. |

DATED this 8 day of May, 2017.

AYON LAW, PLLC

_____
LUIS A. AYON, ESQ.
Nevada Bar No. 9752
9205 W. Russell Road
Building 3, Suite 240
Las Vegas, Nevada 89148

We hereby consent to the above substitution.

DATED this 8 day of May, 2017.

MAIER GUTIERREZ & ASSOCIATES

_____
JASON R MAIER, ESQ.
Nevada Bar No. 8557
8816 Spanish Ridge Ave
Las Vegas, Nevada 89148

AYON LAW, PLLC
9205 W. Russell Road,
Building 3, Suite 240
Las Vegas, Nevada 89148
Phone: (702) 600-3200