ZIEVE, BRODNAX & STEELE, LLP
Shadd A. Wade, Esq.
Nevada Bar No. 11310
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Tel:   (702) 948-8565
Fax:   (702) 446-9898
swade@zbslaw.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK, N.A. AS TRUSTEE FOR THE CMLT1 ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-AMC3, A NATIONAL ASSOCIATION<br><br>Plaintiff,<br><br>vs.<br><br>WASHBURN CREEK ASSOCIATION; 508 BRUNY ISLAND TRUST ,<br><br>Defendants.<br><br>AND ALL RELATED CLAIMS. | Case No.:  2:15-cv-01666-GMN-VCF<br><br>**NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** |

Shadd A Wade, Esq. hereby gives notice that Shadd A. Wade, Esq. is no longer an attorney associated with Wright, Finlay & Zak, LLP. Shadd A. Wade, Esq. requests that he no longer receive notices related to this case. WRIGHT, FINLAY & ZAK, LLP will remain counsel of record and should continue to receive notices related to this case.

DATED this __14th___ day of June, 2017.

ZIEVE, BRODNAX & STEELE, LLP

_/s/ Shadd A. Wade, Esq._____
Shadd A. Wade, Esq.
Nevada Bar No. 11310
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Tel:   (702) 948-8565

Fax: (702) 446-9898

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 6-14-2017

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of ZIEVE, BRODNAX & STEELE, LLP; that service of the foregoing **NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** was made on the _14th____ day of June, 2017, by electronic service to all parties and counsel as identified on the Court-generated Notice of Electronic Filing.

                                      ___/s/ Ryan Bradford_____
                                      An employee of ZIEVE, BRODNAX & STEELE, LLP