1   WRIGHT, FINLAY & ZAK, LLP
    Edgar C. Smith, Esq.
2   Nevada Bar No. 5506
    Patrick J. Davis, Esq.
3   Nevada Bar No. 13330
    7785 W. Sahara Ave., Suite 200
4   Las Vegas, NV 89117
    (702) 475-7964; Fax: (702) 946-1345
5   pdavis@wrightlegal.net
    *Attorneys for Plaintiff, U.S. Bank, N.A., as Trustee for the CMLT1 Asset Backed Pass-Through*
6   *Certificates, Series 2007-AMC3*

7

8                       **UNITED STATES DISTRICT COURT**

9                          **DISTRICT OF NEVADA**

10  U.S. BANK, N.A., AS TRUSTEE FOR THE          Case No.:  2:15-cv-01666-GMN-VCR
    CMLT1 ASSET BACKED  PASS-THROUGH
11  CERTIFICATES, SERIES 2007-AMC3,              **STIPULATION AND ORDER
                                                 EXTENDING DEADLINE FOR
12                Plaintiff,                      RESPONSES TO MOTIONS FOR
                                                 SUMMARY JUDGMENT**
13        vs.
                                                 **(First Request)**
14
    508 BRUNY ISLAND TRUST; WASHBURN
15  CREEK ASSOCIATION, a Nevada non-profit
    corporation,
16

17
                  Defendants.
18
    ─────────────────────────────────────
19  WASHBURN CREEK ASSOCIATION, a
    Nevada non-profit corporation,
20
                  Third Party Plaintiff,
21
22  v.

23  ABSOLUTE COLLECTION SERVICES,
    LLC, a Nevada limited liability company,
24
25                Third Party Defendant.

26  ─────────────────────────────────────
            COMES NOW Plaintiff, U.S. Bank, N.A., as Trustee for the CMLT1 Asset Backed
27
    Pass-Through Certificates, Series 2007-AMC3 ("U.S. Bank"), by and through its attorneys of
28

record, Edgar C. Smith, Esq., and Patrick J. Davis, Esq., of the law firm of Wright, Finlay & Zak, LLP, and 508 Bruny Island Trust ("Bruny") by and through its attorneys of record, Luis A. Ayon, Esq. of Ayon Law, PLLC, stipulate and agree to mutually extend the deadline to respond to their respective Motions for Summary Judgment (ECF No. 53 and 54) for three (3) weeks until February 13, 2017 [2018].  Both of the parties Motions for Summary Judgment were filed on January 2, 2017 [2018].

Recently, multiple stays have been lifted that add to an abnormally heavy case load at this point in time. Counsel for both Parties are experiencing an abnormally heavy case load and trial preparation as well as multiple motion hearings and depositions that require additional time to review and analyze the issues presented. This created a delay in review and response.

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 23rd day of January, 2018 | DATED this 23rd day of January, 2018 |
| WRIGHT, FINLAY & ZAK, LLP | AYON LAW, PLLC |
| /s/ *Patrick J. Davis* | /s/ *Luis A. Ayon, Esq.* |
| Edgar C. Smith, Esq. | Luis A. Ayon, Esq. |
| Nevada Bar No. 5506 | Nevada Bar No. 9752 |
| Patrick J. Davis, Esq. | laa@ayonlaw.com |
| Nevada Bar No. 13330 | *Attorney for 508 Bruny Island Trust* |
| pdavis@wrightlegal.net | |
| *Attorneys for U.S. Bank, N.A., as Trustee for the CMLT1 Asset Backed Pass-Through Certificates, Series 2007-AMC3* | |

**ORDER**

**IT IS SO ORDERED**.

DATED this 26 day of January, 2018.

_____

**Gloria M. Navarro, Chief Judge**
**UNITED STATES DISTRICT COURT**