**EDWARD D. BOYACK, ESQ.**
Nevada Bar No. 005229
**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
**BOYACK ORME & ANTHONY**
7432 W. Sahara Ave., Suite 101
Las Vegas, NV 89117
Phone: 702.562.3415
Fax: 702.562.3570
E-Mail: ted@boyacklaw.com
E-Mail: adam@boyacklaw.com
*Attorneys for Washburn Creek Ass'n*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, N.A., AS TRUSTEE FOR THE CMLT1 ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-AMC3,<br><br>                              Plaintiff,<br><br>vs.<br><br>508 BRUNY ISLAND TRUST; WASHBURN CREEK ASSOCIATION, a Nevada non-profit corporation,<br><br>        Defendants. | Case No.:      2:15-cv-01666-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [ECF 53]** |

Defendant Washburn Creek Association ("Washburn Creek"), and Plaintiff U.S. Bank, N.A., As Trustee for the CMLT1 Asset Backed Pass-Through Certificates Series 2007-AMC3 ("U.S. Bank"), by and through their respective attorneys of record, stipulate and agree to extend the deadlines to submit response to Plaintiff's Motion for Summary Judgment (the "**Motion**") (ECF No. 53) filed on January 2, 2018.

    **IT IS HEREBY STIPULATED AND AGREED** that Washburn Creek shall have up to, and including, February 7, 2018 to file a response to the Motion.

    **IT IS FURTHER STIPULATED AND AGREED** that the U.S. Bank shall have up to,

and including, February 21, 2018 to file a reply in support of the Motion.

| | |
|---|---|
| WRIGHT FINLAY & ZAK LLP | BOYACK ORME & ANTHONY |
| Dated this 25th day of January, 2018. | Dated this 25th day of January, 2018. |
| /s/ Patrick James Davis, Esq. | /s/ Edward D. Boyack, Esq. |
| _____ | _____ |
| Edgar C. Smith, Esq. | Edward D. Boyack, Esq. |
| Nevada Bar No. 005506 | Nevada Bar No. 5229 |
| Patrick James Davis, Esq. | Adam J. Breeden, Esq. |
| Nevada Bar No. 013330 | Nevada Bar No. 8768 |
| 7785 W. Sahara Avenue, Suite 200 | 7432 W. Sahara Ave., Suite 101 |
| Las Vegas, NV 89117 | Las Vegas, Nevada 89117 |
| | Attorney for Defendant |
| *Attorneys for Plaintiff* | *Washburn Creek Association* |

## **ORDER**

**IT IS SO ORDERED.**

DATED this _29_ day   of January, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT JUDGE