WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
esmith@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank, N.A., as Trustee for the CMLT1 Asset Backed Pass-Through Certificates, Series 2007-AMC3*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, N.A., AS TRUSTEE FOR THE CMLT1 ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-AMC3,<br><br>Plaintiff,<br><br>vs.<br><br>508 BRUNY ISLAND TRUST; WASHBURN CREEK ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | Case No.: 2:15-cv-01666-GMN-VCR<br><br>**MOTION TO WITHDRAW PATRICK J. DAVIS, ESQ. AS ATTORNEY OF RECORD** |
| WASHBURN CREEK ASSOCIATION, a Nevada non-profit corporation,<br><br>Third Party Plaintiff,<br><br>vs.<br><br>ABSOLUTE COLLECTION SERVICES, LLC, a Nevada limited liability company,<br><br>Third Party Defendant. | |

EDGAR C. SMITH, ESQ. of the law firm WRIGHT, FINLAY & ZAK, LLP, hereby requests that Patrick J. Davis, Esq. be withdrawn as counsel of record in the above-referenced matter. Patrick J. Davis, Esq. is no longer employed at WRIGHT, FINLAY & ZAK LLP as of

February 16, 2018, and no longer represents Plaintiff, U.S. Bank, N.A., as Trustee for the CMLT1 Asset Backed Pass-Through Certificates, Series 2007-AMC3.

The law firm of WRIGHT, FINLAY & ZAK, LLP, 7785 W. Sahara Ave., Suite 200, Las Vegas, Nevada 89117, will remain as counsel of record for Plaintiff, U.S. Bank, N.A., as Trustee for the CMLT1 Asset Backed Pass-Through Certificates, Series 2007-AMC3. For the reason that Mr. Davis is no longer associated with the law firm of WRIGHT, FINLAY & ZAK, LLP, counsel asks that this motion be granted and that Patrick J. Davis, Esq. be withdrawn as counsel of record and removed from the service list.

DATED this \_\_\_\_ day of February, 2018.

              WRIGHT, FINLAY & ZAK, LLP

              */s/Edgar C. Smith, Esq.*
              Edgar C. Smith, Esq.
              Nevada Bar No. 5506
              7785 W. Sahara Ave., Suite 200
              Las Vegas, NV 89117
              (702) 475-7964; Fax: (702) 946-1345
              esmith@wrightlegal.net
              *Attorney for Plaintiff, U.S. Bank, N.A., as Trustee*
              *for the CMLT1 Asset Backed Pass-Through*
              *Certificates, Series 2007-AMC3*

**ORDER**

IT IS HEREBY ORDERED that the Motion to Withdraw Patrick J. Davis, Esq. as Attorney of Record is hereby granted.

IT IS SO ORDERED this day of \_\_\_February 27\_\_\_, 2018.

              _____
              UNITED STATES MAGISTRATE JUDGE