**EDWARD D. BOYACK, ESQ.**
Nevada Bar No. 005229
**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
**BOYACK ORME & ANTHONY**
7432 W. Sahara Ave., Suite 101
Las Vegas, NV 89117
Phone: 702.562.3415
Fax: 702.562.3570
E-Mail: ted@boyacklaw.com
E-Mail: adam@boyacklaw.com
*Attorneys for Washburn Creek Ass'n*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, N.A., AS TRUSTEE FOR THE CMLT1 ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-AMC3,<br><br>Plaintiff,<br><br>vs.<br><br>508 BRUNY ISLAND TRUST; WASHBURN CREEK ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | Case No.: 2:15-cv-01666-GMN-VCF<br><br>**STIPULATION AND ORDER** |

Defendant Washburn Creek Association ("Washburn Creek"), and Plaintiff U.S. Bank, N.A., As Trustee for the CMLT1 Asset Backed Pass-Through Certificates Series 2007-AMC3 ("U.S. Bank"), by and through their respective attorneys of record, stipulate and agree as follows:

WHEREAS, US Bank served Defendant Washburn Creek with Requests for Admission on October 25, 2017;

WHEREAS, US Bank later took the position in its Motion for Summary Judgment that the Requests for Admission had not been timely answered by Washburn Creek;

WHEREAS, Washburn Creek disputes this and has produced responses it contends were timely and properly served;

WHEREAS, the parties agree that this is an issue of either oversight or problems with the mail/service;

THEREFORE, it is stipulated by and between US Bank and Washburn Creek only that the Requests for Admission Washburn Creek believes it mailed on November 27, 2017 shall be deemed timely and that US Bank withdraws its assertion at page 5 of its Motion for Summary Judgment [ECF No. 53] that Washburn Creek failed to timely respond to Requests for Admissions. Similar assertions against 508 Bruny Island Trust remain unaffected by this stipulation.

| WRIGHT FINLAY & ZAK LLP | BOYACK ORME & ANTHONY |
|---|---|
| Dated this 28th day of February, 2018. | Dated this 28th day of February, 2018. |
| /s/ Edgar C. Smith, Esq.<br>Edgar C. Smith, Esq.<br>Nevada Bar No. 005506<br>7785 W. Sahara Avenue, Suite 200<br>Las Vegas, NV 89117<br><br>*Attorneys for Plaintiff* | /s/ Edward D. Boyack, Esq.<br>Edward D. Boyack, Esq.<br>Nevada Bar No. 5229<br>Adam J. Breeden, Esq.<br>Nevada Bar No. 8768<br>7432 W. Sahara Ave., Suite 101<br>Las Vegas, Nevada 89117<br>Attorney for Defendant<br>*Washburn Creek Association* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
2:15-cv-01666-GMN-VCF

DATE: 2-28-2018